MEMORANDUM OPINION

No. 04-06-00004-CV

Baldemar ALANIZ,
Appellant

v.

Melchor MARTINEZ d/b/a Mel's Welding and Mechanic Shop ,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 05-03-43266-CV
Honorable Joaquin Villarreal , Judge Presiding



PER CURIAM



Sitting: Karen Angelini , Justice

 Sandee Bryan Marion , Justice

 Phylis J. Speedlin , Justice



Delivered and Filed: March 8, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not
opposed the motion. Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a). Costs of the
appeal are taxed against appellant. See id.42.1(d).

 PER CURIAM